UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,

Plaintiff,

v.

JESSE MAI,

Defendant.

Case No. 2:19-cr-00192-JCM-VCF

ORDER TO RELEASE PROPERTY BOND

Presently before the court is the matter of property at 6462 Brandon Hills Ct., Las Vegas, Nevada, posted to secure the appearance bond ordered in the Northern District of California, case number 3:19-MJ-071436-MAG-1.

On September 16, 2019, defendant Jesse Mai posted a property bond in the amount of $250,000.00 in the Northern District of California. Pursuant to the Order requiring defendant to appear in the district where charges are pending and transferring bail, the Northern District of California transferred the defendant's property bond to the Clerk for the District of Nevada.

On September 26, 2019, defendant appeared in our district and was released on a personal recognizance bond. Therefore, good cause appearing, the property bond is hereby exonerated, and the Clerk of Court is directed to release said property to the rightful owner.

IT IS SO ORDERED.

Dated this 15th day of October, 2019.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE