NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644
CHRISTOPHER BURTON
Assistant United States Attorney
Nevada Bar Number 12940
501 Las Vegas Boulevard S.
Suite 1100
Las Vegas, Nevada 89101
Phone; 702-388-6366
Christopher.Burton4@usdoj.gov
*Representing the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>JESSE MAI,<br><br>          Defendants. | Case No.  2:19-cr-00192-JCM-VCF<br><br>**STIPULATION FOR A PROTECTIVE ORDER** |

The parties, by and through the undersigned, respectfully request that the Court issue an Order protecting from disclosure to the public, or any third party not directly related to this case, any documents, recordings, or other tangible things produced by the Government during discovery under Bates stamp number PO 1 (the "Protected Material"). The parties state as follows:

1. The indictment in the above-referenced case first issued on July 31, 2019.

2. Trial is currently set for December 14, 2020, in the above-referenced case. The Government desires and intends to continue producing discovery, including that discovery designated by Bates stamp numbers PO 1, as soon as possible.

3. The indictment in this case arises out of allegations of the distribution of controlled substances, and conspiracy to commit the same, of certain controlled substances by defendants to patients at the Mai Family Clinic. The Protected Material includes medical files of certain patients from that clinic, containing medical and personal identifying information that should not be publicly available, unless necessary at a hearing or trial.

4. In order to protect such privacy interests of individuals, the parties intend to restrict access to the Protected Material in this case to the following individuals: the defendants, attorneys for all parties, and any personnel that the attorneys for all parties consider necessary to assist in performing that attorney's duties in the prosecution or defense of this case, including investigators, paralegals, support staff, and any other individuals specifically authorized by the Court (collectively, the "Covered Individuals").

5. Without leave of Court, the Covered Individuals shall not:

   a. make copies for, or allow copies of any kind to be made by any other person of the Protected Material in this case;

   b. allow any other person to read, listen, or otherwise review the Protected Material;

   c. use the Protected Material for any other purpose other than preparing to defend against or prosecute the charges in the Indictment or any further superseding indictment arising out of this case; or

   d. attach the Protected Material to any of the pleadings, briefs, or other court filings except to the extent those pleadings, briefs, or filings are filed under seal.

6. Nothing in this stipulation is intended to restrict the parties' use or introduction of the Protected Material as evidence at trial or support in motion practice.

7. The parties shall inform any person to whom disclosure may be made pursuant to this order of the existence and terms of this Court's Order.

8. Should a reasonable need for this protective order cease to exist on grounds other than a Covered Individual or some other person violating or circumventing its terms, the parties will move for its dissolution for the Court's consideration.

9. This Court retains jurisdiction as to any enforcement of this protective order.

10. The parties may modify this stipulation in writing if needed.

11. The defendant, through his or her respective counsel's signature below, hereby stipulates to this protective order in each of the above-referenced cases.

Dated this 11th day of June, 2020

Respectfully submitted,

*For the United States of America:*
NICHOLAS A. TRUTANICH
United States Attorney

/s/
CHRISTOPHER BURTON
Assistant United States Attorney

*For Defendant Jesse Mai*

/s/
MARGARET LAMBROSE
Assistant Federal Public Defender

**IT IS SO ORDERED:**

_____      6-11-2020
HONORABLE CAM FERENBACH           Date
United States Magistrate Judge

3